IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE WOODWARD,

        Plaintiff,                     No. CIV S-07-0498 RRB KJM P

    vs.

RICK SUBIA, et al.,

        Defendants.        <u>ORDER</u>

                                /

        On June 6, 2007, the court granted plaintiff's request to proceed in forma pauperis and directed the California Department of Corrections and Rehabilitation to collect the filing fee in increments from plaintiff's trust account.

        On July 30, 2007, attorney Jane Eliot paid the $350.00 filing fee for this action. In light of this fact, the court vacates that portion of its order allowing plaintiff to proceed in forma pauperis and directing CDCR to collect the filing fee from plaintiff's trust account.

        IT IS HEREBY ORDERED that:

        1. That portion of the June 6, 2007 order permitting plaintiff to proceed in forma pauperis is vacated.

        2. The order of June 6, 2007 directing the CDCR to collect the filing fee from plaintiff's trust account is vacated.

1

1    3. The Clerk of the Court is directed to serve a copy of this order and a copy of
2 plaintiff's in forma pauperis affidavit on Director, California Department of Corrections and
3 Rehabilitation, 1515 S Street, Sacramento, California 95814.
4    4. The Clerk of the Court is directed to serve a copy of this order on the Financial
5 Department of the court.
6 DATED: August 3, 2007.

_____
U.S. MAGISTRATE JUDGE

2
wood0748.vifp

2