IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE M. WOODWARD,

      Plaintiff,                    No. CIV S-07-498 RRB KJM P

   vs.

RICK SUBIA, et al.,

      Defendants.         <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed June 6, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.

        On August 3, 2007, this court vacated its order allowing plaintiff to proceed in forma pauperis, in light of his payment, through a third party, of the filing fee.  On August 22, 2007, he filed a motion for reconsideration of that order, arguing that a friend advanced the money for the filing fee, but that otherwise his financial position remains in the same.  In light of this showing, the court will again find it appropriate to permit plaintiff to proceed in forma pauperis.

/////

The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Caro, Lockhart and Campbell as to the first amendment, conversion, and due process claims.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 9, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Four copies of the endorsed amended complaint filed July 9, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's August 22, 2007 motion for reconsideration is granted and plaintiff may proceed with this action in forma pauperis.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

2
wood0498.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE WOODWARD,

      Plaintiff,                              No. CIV S-07-498 RRB KJM P

   vs.

RICK SUBIA, et al.,                  <u>NOTICE OF SUBMISSION</u>

      Defendants.                  <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                            Amended Complaint

DATED:

                                    _____
                                    Plaintiff