IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE WOODWARD,

     Plaintiff,                   No. CIV S-07-0498 JAM KJM P

    vs.

RICK SUBIA, et al.,

     Defendants.          ORDER

_____/

        On August 22, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 3, 2007, vacating his in forma pauperis status. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 22, 2007, is affirmed.

DATED: October 6, 2008

                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE

/wood0498.850