IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE WOODWARD,

      Plaintiff,                    No. CIV S-07-0498 JAM KJM P

   vs.

RICK SUBIA, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the September 11, 2008 findings and recommendations. In that order, plaintiff was advised that his objections were due within twenty days of the date he was served with the findings and recommendations. In his declaration, he avers that he received the recommendation on September 21; he signed the certificate of service for his objections on October 12, 2008, twenty-one days after he received the recommendation. Moreover, the district court has already adopted the findings and recommendations.

/////

/////

/////

/////

1  For the reasons stated above, IT IS HEREBY ORDERED that plaintiff's request
2  for an extension of time (docket no. 38) is denied.
3  DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
wood0498.36