IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE M. WOODWARD,

    Plaintiff,                No. CIV S-07-0498 JAM KJM P

   vs.

RICK SUBIA, et al.,

    Defendants.         <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 11, 2008, are adopted in full;

2. Defendants' motions to dismiss are granted;

3. Plaintiff is permitted to file a second amended complaint as to his claim of denial of access to the courts but only as to defendant Caro; and

4. Defendant Caro is not required to respond to the second amended complaint until it has been screened by the court.

DATED: 3/12/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

wood0498.801