IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNIE M. WOODWARD,

      Plaintiff,                           No. CIV S-07-498 JAM KJM P

    vs.

ROSANNE CAMPBELL, Warden, et al.,

      Defendant.                  ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 13, 2009, the district court granted defendants' motion to dismiss and granted plaintiff leave to file an amended complaint limited to his claims against defendant Caro. Plaintiff has not filed a complaint that complies with this order. His second amended complaint, filed before the district court's order, repeats the claims that were the subject of the defendants' motion to dismiss.

        IT IS THEREFORE ORDERED that:

        1. Plaintiff's second amended complaint (docket no. 41) is dismissed; and

/////

/////

/////

1

2. Plaintiff is given an additional thirty days from the date of this order in which to file a third amended complaint that complies with the order of March 13, 2009. Failure to do so will result in a recommendation that this action be dismissed.

DATED: September 10, 2009.

_____
U.S. MAGISTRATE JUDGE

2
wood0498.ord